IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

George Holland Jr. – #216735

                                              /

No. C 13-80080 WHA

**ORDER OF SUSPENSION**

Because George Holland Jr. has failed to respond to the order to show cause, Mr. Holland's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: June 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE